# Court of Appeals of the State of Georgia

ATLANTA, May 08, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0323. JAMES GOODWIN v. THE STATE.

It appears from the very limited application materials that James Goodwin was found guilty, but mentally ill, of armed robbery and other crimes after a bench trial. He has filed in this Court a timely "Application for Appellate Review" of his convictions.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." It does not appear that any provision of OCGA § 5-6-35 (a), the discretionary appeal statute, applies here. We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Goodwin shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice.[1] The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] Goodwin has attached a notice of appeal, but it is not file-stamped by the trial court clerk.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 05/08/2024

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*